# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 21, 2016

## NO. 03-14-00562-CR

**Reginald Allen Mason, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 433RD DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgments of conviction signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgments of conviction but that there was error requiring correction. Therefore, the Court modifies the judgments in this cause by striking the sentence from both judgments that reads, "This sentence shall run consecutively." The Court substitutes the following language:

> The sentence imposed in cause number CR2014-012 as to Count IV for sexual assault of a child (16 years and 15 months) shall begin immediately. The sentence imposed in CR2014-012 as to Count V for indecency with a child by contact (five years and seven months) shall commence when the judgment imposed in cause number CR2014-012 as to Count IV has ceased to operate. Both sentences were announced in open court by the 433rd District Court on September 4, 2014, and memorialized in judgments signed on September 10, 2014.

The Court affirms the judgments of conviction as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.